UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR112-050, USA v. Johnson |
| | ) | CR114-122, USA v. Battaglia, et al |
| LEAVE OF ABSENCE REQUEST | ) | CR115-002, USA v. Ivy |
| | ) | CR115-032, USA v. Tucker |
| LAMONT A. BELK | ) | CR115-033, USA v. Tuten |
| July 20, 2015 through July 24, 2015 | ) | |
| July 27, 2015 through July 28, 2015 | ) | |

## ORDER

**Lamont A. Belk** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Lamont A. Belk** be granted leave of absence for the following periods: **July 20, 2015 through July 24 2015 and July 27, 2015 through July 28, 2015.**

This _7th_ day of July, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia